UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHNSON,

                    Plaintiff,                 25-CV-2903 (RWL)

      - against -

                                                    **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        The Commissioner answered the complaint in this matter by filing the certified administrative record on June 9, 2025. (Dkt. 12.) Pursuant to the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) and Southern District of New York Standing Order M 10-468, and considering Plaintiff is appearing pro se and did not file a moving brief, the Commissioner's motion for judgment on the pleadings was due within 60 days of the answer. The Commissioner has not filed a motion. Accordingly, the Commissioner shall serve and file a brief by September 25, 2025. Plaintiff shall file an answering brief by November 24, 2025. The Commissioner may then serve and file any reply by December 15, 2025.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1